IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Bobby Bell White,                                      Case No. 5:11 CV 1538

          Petitioner,                                    O R D E R

     -vs-                                                JUDGE JACK ZOUHARY

Kimberly Clipper,

          Respondent.

This Court has reviewed the Report and Recommendation ("R&R") of the Magistrate Judge (Doc. 6). Under the relevant statute (28 U.S.C. § 636(b)(1)):

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

The R&R was filed June 7 and Objections were due June 21. The failure to file written objections constitutes a waiver of a *de novo* determination by the district court of an issue covered in the R&R. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

This Court has reviewed the R&R, finds it to be correct, and adopts it in its entirety. The Petition for Writ of Habeas Corpus (Doc. No. 1) is denied and the case is dismissed.

Furthermore, pursuant to 28 U.S.C. § 2253(c), this Court certifies that an appeal of this action could not be taken in good faith and that Petitioner has failed to make a substantial showing of the denial of a constitutional right. Therefore, this Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

June 28, 2012